

FEBRUARY 8, 2021

SALVATORE C. BADALA
NAPOLI SHKOLNIK PLLC, ATTORNEYS AT LAW
400 BROADHOLLOW ROAD, SUITE 350
MELVILLE, NY 11747

**BY ECF**

Honorable Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007-1312

      Re:    *Emergency Physician Services of New York, Buffalo et al., v. UnitedHealth Group, Inc., et al., Case 1:20-cv-09183*

Dear Judge Nathan:

We write on behalf of all Plaintiffs in this matter, pursuant to Section 3.F. of Your Honor's Individual Practices in Civil Cases, to alert the Court and Defendants that Plaintiffs will rely on the Complaint (ECF No. 1) and will file their oppositions to Defendants' Motions to Dismiss (ECF Nos. 28, 29 & 30) on or before February 25, 2021, pursuant to this Court's October 5, 2020 Order (ECF No. 23).

Respectfully submitted,

*/s/ Salvatore C. Badala*

Salvatore C. Badala
*Partner*
Napoli Shkolnik PLLC

CC:    All counsel of record (via ECF)