# O'Melveny

O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036-6537

T: +1 212 326 2000
F: +1 212 326 2061
omm.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/25/21
```

March 23, 2021

**Amanda L. Genovese**
D: +1 212 728 5842
agenovese@omm.com

<u>**VIA ECF**</u>

The Honorable Alison J. Nathan
U.S. District Court for the Southern District of New York
40 Foley Square
New York, New York 10007

Re: <u>*Emergency Physician Services of New York, et al. v. UnitedHealth Group, Inc., et al.*</u>, Case No. 1:20-cv-09183-AJN

Dear Judge Nathan:

I write on behalf of Defendant UnitedHealth Group, Inc. ("United") pursuant to Your Honor's Individual Practices in Civil Cases, section 1.D. On March 22, 2021, United requested adjournment of the initial case management conference currently scheduled for March 26, 2021. United proposed, in consultation with the other parties, alternative dates of April 2, April 9, or April 30, 2021. In light of a scheduling conflict for United's principal trial counsel on April 9, 2021, United respectfully requests that the conference be scheduled for April 2, or if that date is unavailable, April 30, 2021.

Respectfully Submitted,

*/s/ Amanda L. Genovese*

Amanda L. Genovese, United's Counsel

cc: Counsel of Record (via ECF)

> The initial pre-trial conference is hereby adjourned to April 30, 2021 at 3:00 p.m. SO ORDERED.

3/25/21

SO ORDERED.
ALISON J. NATHAN, U.S.D.J.