```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/16/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

EMERGENCY PHYSICIAN SERVICES OF
NEW YORK, et al.,

                              Plaintiffs,                    20-CV-09183 (AJN)(SN)

        -against-                                                       **ORDER**

UNITEDHEALTH GROUP, INC., et al.,

                              Defendants.
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On November 15, 2021, the Court held an initial pretrial conference. Plaintiffs will provide the Court with a draft order authorizing the limited release of information on the insurance claims that are the subject of the lawsuit. By November 19, 2021, the Plaintiffs shall serve Defendants with a list of these claims for the purpose of expediting the identification of the agencies that serviced them. Initial disclosures under Fed. R. Civ. P. 26 (a) are stayed pending the identification of the adjudicating agencies, but both parties are authorized to serve non-claim specific discovery. The parties shall submit a status letter to the Court on January 4, 2022. The letter shall include updates on Defendants' efforts to identify the additional entities and the Plaintiffs' plans to amend the complaint, whether the parties have reached agreement on using matching set data, and the parties' negotiations on the proposed protective order.

**SO ORDERED.**

                                                                                      SARAH NETBURN
                                                                  United States Magistrate Judge

DATED:      New York, New York
                 November 16, 2021