UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

EMERGENCY PHYSICIAN SERVICES OF
NEW YORK, et al.,

                          **Plaintiffs,**            20-CV-09183 (AJN)(SN)

      -against-                                 <u>**ORDER**</u>

UNITEDHEALTH GROUP, INC., et al.,

                         **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On February 16, 2022, the parties filed two letters on the status of discovery. Plaintiffs are ORDERED to file their Amended Complaint by February 24, 2022. The Court understands that, on consent of UnitedHealth Group, the Plaintiffs may further amend their complaint to add diverse-only entities for currently unmatched claims. Furthermore, Defendant UnitedHealth Group is ORDERED to continue to produce non-claim related discovery. Claim-related discovery is STAYED pending the appearance of the related adjudicating entity. Lastly, Defendant UnitedHealth Group's request for a protective order with an Attorneys' Eyes Only provision is DENIED without prejudice. UnitedHealth Group's only explanation for this additional layer of protection is that it has been done before. Absent either the consent of all parties, or an explanation as to why an AEO protection is necessary in this case, the Court will not order one.

      In addition, a status conference is scheduled for March 28, 2022 at 3:00 p.m. to set a schedule for the completion of discovery with all parties. At that time the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632,

followed by the pound (#) key. If this date is unavailable for any party, they must contact Courtroom Deputy Rachel Slusher immediately at (212) 805-0286. By March 25, 2022, the parties shall file a joint status letter proposing a schedule for the completion of discovery and raising any outstanding discovery disputes.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   New York, New York
         February 23, 2022