UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

EMERGENCY PHYSICIAN SERVICES
OF NEW YORK, et al.,

                                  **Plaintiffs,**            20-CV-09183 (AJN)(SN)

  -against-                                                **ORDER**

UNITEDHEALTH GROUP, INC., et al.,

                                **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      A call is scheduled for Wednesday, March 2, 2022, at 2:30 p.m. to discuss the issues raised in the parties' joint letter regarding the proposed protective orders. ECF No. 94. At that time the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. If this date is unavailable for any party, they must contact Courtroom Deputy Rachel Slusher immediately at (212) 805-0286.

**SO ORDERED.**

                                                                     _____
                                                            SARAH NETBURN
                                                            United States Magistrate Judge

DATED:     New York, New York
              March 1, 2022