```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/24/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

EMERGENCY PHYSICIAN SERVICES
OF NEW YORK, et al.,

                        **Plaintiffs,**          20-CV-09183 (AJN)(SN)

  -against-                                             **ORDER**

UNITEDHEALTH GROUP, INC., et al.,

                        **Defendants.**

---------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    Due to a conflict in the Court's calendar, the status conference currently scheduled for Monday, March 28, 2022, at 3:00 p.m. is RESCHEDULED for Tuesday, March 29, 2022, at 2:00 p.m. At that time, the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key.

SO ORDERED.

                                                   _____
                                                   SARAH NETBURN
                                                   United States Magistrate Judge

DATED:     March 24, 2022
               New York, New York