```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/11/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

EMERGENCY PHYSICIAN SERVICES OF
NEW YORK, et al.,

                        **Plaintiffs,**        20-CV-09183 (JGK)(SN)

  **-against-**                                        **ORDER**

UNITEDHEALTH GROUP, INC., et al.,

                        **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      A call is scheduled for Thursday, April 14, 2022, at 11:30 a.m. to discuss the Defendants' motion for discovery and the Plaintiffs' response. See ECF Nos. 125 & 126. At that time the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. If this date is unavailable for any party, they must contact Courtroom Deputy Rachel Slusher immediately at (212) 805-0286.

**SO ORDERED.**

                                                            _____
                                                             SARAH NETBURN
                                                             United States Magistrate Judge

DATED:    New York, New York
               April 11, 2022