UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EMERGENCY PHYSICIAN SERVICES OF NEW
YORK, ET AL.,                                              20-cv-9183 (JGK)

              Plaintiffs,                       ORDER

    - against -

UNITEDHEALTH GROUP, INC., ET AL.,

             Defendants.

---

JOHN G. KOELTL, District Judge:

    The Order of Reference in this case has been amended to continue the reference to the Magistrate Judge with respect to general pretrial, and to withdraw the reference with respect to the defendants' motion for partial judgment on the pleadings. Once the motion is fully briefed, the parties should submit one set of paper courtesy copies to Chambers.

SO ORDERED.

Dated:    New York, New York
          April 19, 2022

                                                John G. Koeltl
                                           United States District Judge