UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

EMERGENCY PHYSICIAN SERVICES
OF NEW YORK, et al.,

                Plaintiffs,                                    20-CV-09183 (JGK)(SN)

     -against-                                       **ORDER**

UNITEDHEALTH GROUP, INC., et al.,

                Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      A conference is scheduled for Monday, June 27, 2022, at 10:30 a.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, to discuss the Defendants' motion to compel and motion for reconsideration. ECF Nos. 150 & 151. If this date is unavailable for any party, they must contact Courtroom Deputy Rachel Slusher immediately at (212) 805-0286.

      The parties are required to comply with the Court's most recent COVID-19 safety guidance, including courtroom and entry protocols. Information about the Court's protocols is available at: https://nysd.uscourts.gov/covid-19-coronavirus. The parties should plan to arrive at least 30 minutes in advance to complete the entry screening process.

      Plaintiffs shall oppose Defendants' motion for reconsideration by no later than June 21, 2022.

**SO ORDERED.**

DATED:     New York, New York
               June 17, 2022

                                                            SARAH NETBURN
                                                            United States Magistrate Judge