UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

EMERGENCY PHYSICIAN SERVICES OF
NEW YORK, et al.,

                         Plaintiffs,                         20-CV-09183 (JGK)(SN)

       -against-                                           **ORDER**

UNITEDHEALTH GROUP, INC., et al.,

                         Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       The parties shall file a letter on the status of discovery by no later than July 15, 2022. The letter shall propose deadlines for the completion of ESI production. To the extent the parties have been unable to reach agreement on search terms and custodians, they shall each provide their proposal and the basis for any demand or objection.

**SO ORDERED.**

                                               _____
                                               SARAH NETBURN
                                               United States Magistrate Judge

DATED:      New York, New York
                 July 11, 2022

*USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: _____ / DATE FILED: 7/11/2022*