UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

EMERGENCY PHYSICIAN SERVICES OF
NEW YORK, et al.,

                              Plaintiffs,                        20-CV-09183 (JGK)(SN)

      -against-                                          ORDER

UNITEDHEALTH GROUP, INC., et al.,

                              Defendants.

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On July 15, 2022, the parties submitted a status letter to the Court. ECF No. 157. The Court adopts the parties' proposed schedule for ESI discovery. Defendants will provide document volumes generated by the search term runs and will propose final ESI terms and custodians by July 22, 2022. Defendants will also propose search terms and custodians for Plaintiffs' ESI by July 22, 2022. The parties will agree on search terms and custodians for Defendants' ESI by July 29, 2022. The parties will agree on search terms and custodians for Plaintiffs' ESI by August 12, 2022. Defendants will begin ESI productions by August 26, 2022. Provider Plaintiffs will begin ESI productions by September 9, 2022. Plaintiffs' request for rolling productions and the substantial completion of ESI productions by October 7, 2022, is GRANTED.

       Defendants' request for a four-month extension of discovery is GRANTED. Fact discovery will close on January 30, 2023.

Absent further information indicating that Defendants plan to rely on the Yale/Brookings Institute study at trial, Plaintiffs' request for documents regarding Defendants' communications with reporters, a Yale researcher, and the Brookings Institute is DENIED.

Defendants' request for a stay of discovery production related to the nationwide strategy documents is DENIED.

The parties are entitled to discovery of email communications.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    New York, New York
          July 21, 2022