UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EMERGENCY PHYSICIAN SERVICES OF NEW YORK, ET AL.,

        Plaintiffs,

- against -

UNITEDHEALTH GROUP, INC., ET AL.,

        Defendants.

20-cv-9183 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to appear, by phone, on August 12, 2022, at 2:00 p.m. for oral argument regarding the pending objections to Magistrate Judge Netburn's discovery rulings. Dial-in: (888) 363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
            August 8, 2022

                                                John G. Koeltl
                                     United States District Judge