UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EMERGENCY PHYSICIAN SERVICES OF NEW YORK, ET AL.,

        Plaintiffs,

- against -

UNITEDHEALTH GROUP, INC., ET AL.,

        Defendants.

20-cv-9183 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    For the reasons explained at today's conference, the defendants' objections to Magistrate Judge Netburn's discovery rulings, ECF No. 164, are **overruled** with respect to Magistrate Judge Netburn's rulings concerning: (1) the defendants' strategy and profit motive documents, and (2) complaints about the amounts charged by the plaintiffs for their services. The defendants' objection with respect to the plaintiffs' cost information is **sustained**. The defendants may file a motion for summary judgment by September 1, 2022. The plaintiffs should respond by September 22, 2022. The defendants may reply by October 6, 2022. Discovery will not be stayed while the motion for summary judgment is being briefed or considered.

    The Clerk is directed to close Docket No. 175.

SO ORDERED.

Dated:    New York, New York
            August 11, 2022

                                        /s/ John G. Koeltl
                                        John G. Koeltl
                                    United States District Judge