UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EMERGENCY PHYSICIAN SERVICES OF NEW YORK, ET AL.,

        Plaintiffs,

- against -

UNITEDHEALTH GROUP, INC., ET AL.,

        Defendants.

20-cv-9183 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The defendants are directed to provide the Court with courtesy copies of all papers filed in connection with the fully briefed motion for summary judgment.

SO ORDERED.

Dated:    New York, New York
           October 10, 2022

                                      John G. Koeltl
                                United States District Judge