UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

EMERGENCY PHYSICIAN SERVICES OF
NEW YORK, et al.,

                  Plaintiffs,                                20-CV-09183 (JGK) (SN)

        -against-                              **DISCOVERY**
                                                    **CONFERENCE ORDER**

UNITEDHEALTH GROUP, INC., et al.,

                  Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      A conference to discuss the issues raised by Defendants' and Plaintiffs' respective motions to compel production of strategy and costs documents is scheduled for Thursday, October 27, 2022, at 4:00 p.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. ECF Nos. 204 & 210. By Tuesday, October 25, 2022, each party shall deliver to chambers: (1) two well-organized copy sets of its motion, including the opposing parties' response, and all exhibits; (2) three examples of the 18 documents Plaintiffs claim are responsive as relevant nationwide strategy documents; and (3) a brief explanation (of no more than three to five sentences per document) of the party's position on the document's relevance.

**SO ORDERED.**

                                                                            SARAH NETBURN
                                                                            United States Magistrate Judge

DATED:       October 20, 2022
                    New York, New York