UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

EMERGENCY PHYSICIAN SERVICES OF
NEW YORK, et al.,

                Plaintiffs,           20-CV-09183 (JGK)(SN)

     -against-                     **ORDER**

UNITEDHEALTH GROUP, INC., et al.,

                Defendants.

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

On November 18, 2022, the parties submitted a status letter to the Court. ECF No. 221. The Court adopts the parties' proposed schedule for expert discovery and dispositive motions. The parties will exchange initial expert disclosures on March 16, 2023. The parties will exchange rebuttal expert disclosures on April 17, 2023. The last day for both parties to conduct expert depositions is May 15, 2023. The last day for either party to file a motion for summary is June 14, 2023.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    New York, New York
             November 22, 2022