UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EMERGENCY PHYSICIAN SERVICES OF NEW YORK, ET AL.

                Plaintiffs,

  - against -

UNITEDHEALTH GROUP, INC., ET AL.,
                Defendants.

20-cv-9183 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

Oral argument concerning the plaintiffs' objection to the Magistrate Judge's November 16, 2022 order is adjourned from January 25, 2023 to **January 26, 2023, at 3 pm**.

SO ORDERED.

Dated:    New York, New York
           January 20, 2023

                                        John G. Koeltl
                                    United States District Judge