UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
EMERGENCY PHYSICIAN SERVICES
OF NEW YORK et al.,
                      Plaintiffs,

            20 civ 9183 (JGK)

    -against-

UNITEDHEALTH GROUP, INC., et al.,
                      Defendants.
-------------------------------------------------------------X

## ORDER

The oral argument scheduled for Thursday, January 26, 2023, at 3:00pm, is **adjourned to Friday, January 27, 2023, at 3:30pm.**

**SO ORDERED.**

                                                      **JOHN G. KOELTL**
                                       **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         January 23, 2023