UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EMERGENCY PHYSICIAN SERVICES OF NEW YORK, ET AL.,

        Plaintiffs,

- against -

UNITEDHEALTH GROUP, INC., ET AL.,

        Defendants.

20-cv-9183 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    Latham & Watkins LLP has filed a notice of appearance in this case. The Court notes that the Court's niece is a partner in Latham & Watkins LLP but does not share in any income from any cases in which the Court is involved. Nothing about this affects anything the Court does in this case.

SO ORDERED.

Dated:    New York, New York
             February 2, 2023

                                     /s/ John G. Koeltl
                                        John G. Koeltl
                                  United States District Judge