UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EMERGENCY PHYSICIAN SERVICES OF NEW YORK, ET AL.,

    Plaintiffs,

- against -

UNITEDHEALTH GROUP, INC., ET AL.,

    Defendants.

20-cv-9183 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

 The defendants are directed to provide the Court with unredacted courtesy copies of all papers filed in connection with their fully briefed objection to the March 1, 2023 discovery rulings (ECF No. 359).

SO ORDERED.

Dated: New York, New York
   April 6, 2023

           _____
           John G. Koeltl
           United States District Judge