UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EMERGENCY PHYSICIAN SERVICES OF NEW YORK, ET AL.,

          Plaintiffs,

- against -

UNITEDHEALTH GROUP, INC., ET AL.,

          Defendants.

20-cv-9183 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to appear for oral argument on **September 12, 2024, at 3:00 p.m.**, in Courtroom 14A, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated:    New York, New York
          August 9, 2024

                                  John G. Koeltl
                             United States District Judge