UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EMERGENCY PHYSICIAN SERVICES OF NEW YORK, ET AL.,

        Plaintiffs,

- against -

UNITEDHEALTH GROUP, INC., ET AL.,

        Defendants.

---

20-cv-9183 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties should file a joint pre-trial order by **October 23, 2024**.

SO ORDERED.

Dated:    New York, New York
            September 25, 2024

                                        John G. Koeltl
                                United States District Judge