# O'Melveny

O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006-4061

T: +1 202 383 5300
F: +1 202 383 5414
omm.com

**APPLICATION GRANTED**
**SO ORDERED**

/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.
10/8/24

Greg Jacob
D: +1 202 383 5110
gjacob@omm.com

October 8, 2024

Honorable John G. Koeltl
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
Southern District of New York
New York, New York 10007-1312

Re:   ***Emergency Physician Servs. of New York, et al. v. UnitedHealth Grp., Inc., et al.,*** **Case No. 1:20-cv-09183 – Joint Letter Motion to Request Extension of Pretrial Order**

Dear Judge Koeltl:

We represent Defendants in the above-referenced matter. The parties jointly respectfully request that the Court modify its Order entered on September 25, 2024 (Dkt. No. 508) to extend the deadline for the parties to file a joint pre-trial order to November 6, 2024.

This two-week extension will allow the parties additional time to work together to develop the pre-trial order, including by facilitating a more orderly exchange of proposed exhibit lists, deposition designations, and witness lists, and counter-designations and objections to those items. The additional two weeks are also necessary because the counsel for Defendants who has for the last two years been primarily responsible for managing the case unexpectedly began parental leave approximately two weeks early on September 30, 2024, requiring that his long-term institutional knowledge be replaced midstream as the pretrial order is assembled.

Respectfully Submitted,

/s/ Greg Jacob

Greg Jacob,
of O'MELVENY & MYERS LLP

cc:   Counsel of Record (via ECF)