UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

EMERGENCY PHYSICIAN SERVICES
OF NEW YORK, et al.,

                Plaintiffs,

   -against-

UNITEDHEALTH GROUP, INC., et al.,

                Defendants.
-----------------------------------------------------------X

20-CV-09183 (JGK)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      The settlement conference scheduled for November 15, 2024, at 10:00 a.m. is adjourned without further date.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:   November 4, 2024
             New York, New York