```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

EMERGENCY PHYSICIAN SERVICES OF NEW
YORK, ET AL.,
                Plaintiffs,

- against -

UNITEDHEALTH GROUP, INC., ET AL.,
                Defendants.

20-cv-9183 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The Court is in receipt of the plaintiffs' motion for a voluntary dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). ECF No. 528.

The defendants should respond by **November 14, 2024**. The plaintiffs should reply by **November 20, 2024**.

SO ORDERED.
Dated:    New York, New York
            November 7, 2024

                                      John G. Koeltl
                                  United States District Judge